# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Blue Sky Starr, | ) | Case No. 4:13-cr-160 |
| | ) | |
| Defendant. | ) | |

On September 15, 2014, the court issued an order conditionally releasing defendant pending his sentencing hearing. On January 21, 2015, it approved a modification to defendant's release conditions.

On April 27, 2015, defense counsel advised the court that defendant is contemplating on surrendering to the United States Marshal on April 28, 2015, at 1:00 p.m. so that he may begin serving his anticipated sentence. Accordingly, the court **ORDERS** that, upon surrendering to the United State's Marshal's office in Fargo, North Dakota, defendant shall be committed to the custody the Attorney General or designated representative for confinement in an appropriate correctional facility. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court or on request of an attorney for the Government, the person in charge of the correctional facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with court proceedings.

**IT IS SO ORDERED.**

Dated this 27th day of April, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court